ROBERT S. BREWER, JR.
United States Attorney
LEAH R. BUSSELL
Assistant U.S. Attorney
California State Bar 141400
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 546-6727
E-mail: Leah.Bussell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>$1,428,717.56 FROM A BANK ACCOUNT HELD AT WELLS FARGO BANK, ACCOUNT NUMBER ENDING IN 5622,<br><br>$27,657.13 FROM A BANK ACCOUNT HELD AT WELLS FARGO BANK, ACCOUNT NUMBER ENDING IN 5275,<br><br>2017 BMW M6, VIN WBS6E9C31HG437524,<br><br>ONE REAL PROPERTY LOCATED AT 325 7TH AVENUE UNIT 1207 SAN DIEGO CA 92101 AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>ONE REAL PROPERTY LOCATED AT 2267 AURORA COURT EL CENTRO CA 92243 AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>ONE REAL PROPERTY LOCATED AT 82602 TIVOLI COURT INDIO CA 92203 AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | Case No. '19CV0770 BEN LL<br><br>EX PARTE MOTION TO APPOINT THE UNITED STATES MARSHAL AS CUSTODIAN AND TO DEPOSIT DEFENDANT CURRENCY IN SEIZED ASSETS DEPOSIT ACCOUNT AND TO SUBSTITUTE THE RES |

1

USAO:2019v00009:LRB/bfs

ONE LOT LOCATED AT 1502 S LA BRUCHERIE ROAD EL CENTRO CA 92243 AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,

Defendants.

COMES NOW the plaintiff, United States of America, and moves this Court for <u>an exception</u> to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the defendants currencies and defendant vehicle upon execution of the warrant of arrest <u>in</u> <u>rem</u>. In support of this motion, plaintiff states as follows:

1. The United States Marshals Service has been staffed with personnel experienced in providing for the management of property such as the defendant currencies and the defendant vehicle in this case.

2. The United States Marshals Service has consented to assume responsibility for the protection, maintenance, and safety of the defendant currencies and the defendant vehicle during the period the same remain in <u>custodia</u> <u>legis</u>.

3. The continued custody of the United States Marshal Service following execution of the warrant of arrest <u>in</u> <u>rem</u> is necessary, and in the best interest of the plaintiff in this case, given the nature of the defendant currencies and the defendant vehicle and the expertise within the United States Marshals Service to provide for the management, protection and preservation of the defendant currencies and defendant vehicle.

4. The United States Marshal Service has established an account, the Seized Assets Deposit Account, for the deposit of seized currency until further order of the Court. It is further requested that the United States Marshals Service place the defendant currencies in the Seized Assets Deposit Account administered by the United States Marshals Service. In the event any of the defendant currencies are ordered to be returned to any claimant, the Court may order the payment of interest thereon.

Depositing seized currency in such an account is proper. <u>See</u>, <u>United States v. $57,480.05</u>, 722 F.2d 1457 (9th Cir. 1984) (placing seized cash in bank account was not improper). The account credit of tangible dollars will constitute an appropriate substitute for the original defendant currency (<u>res</u>). <u>Id</u>.

WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be granted permitting the appointment of the United States Marshals Service as custodian of the defendant currencies and the defendant vehicle and that the defendant currencies be deposited in the aforementioned account and the <u>res</u> be therefore substituted in this action.

DATED: April 26, 2019

ROBERT S. BREWER, JR.
United States Attorney

s/ Leah R. Bussell
LEAH R. BUSSELL
Assistant U.S. Attorney